UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,　　　　　:　　　INDICTMENT

　　　　- v. -　　　　　　　　　　　　:

MOHAMAD KHALIL EL ZAROUI,　　　　:　　　S1 05 Cr. 751 (DC)
　　　a/k/a "Mohamad K. Elzaroui,"
　　　a/k/a "Mike,"　　　　　　　　　:

　　　　　　　　　Defendant.　　　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

(Conspiracy to Commit Marriage Fraud)

The Grand Jury charges:

1.    In or about September 2001, in the Southern District of New York and elsewhere, MOHAMAD KHALIL EL ZAROUI, a/k/a "Mohamad K. Elzaroui," a/k/a "Mike," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate and agree together and with each other to violate the laws of the United States, to wit, Title 8, United States Code, Section 1325(c).

2.    It was a part and an object of the conspiracy that MOHAMAD KHALIL EL ZAROUI, a/k/a "Mohamad K. Elzaroui," a/k/a "Mike," the defendant, and others known and unknown, unlawfully, willfully, and knowingly would and did enter into a marriage for the purpose of evading provisions of the immigration laws, in violation of Title 8, United States Code, Section 1325(c).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 07 2005

<u>Overt Acts</u>

3.      In furtherance of this conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.      In or about September 2001, MOHAMAD KHALIL EL ZAROUI, a/k/a "Mohamad K. Elzaroui," a/k/a "Mike," the defendant, and a co-conspirator not named as a defendant herein ("Wife-1") met in Manhattan to discuss EL ZAROUI's sham marriage to Wife-1.

b.      In or about September 2001, at the meeting described above in ¶ 3(a), EL ZAROUI agreed that, in exchange for money, Wife-1 would marry EL ZAROUI in order to secure lawful immigration status in the United States for him.

c.      On or about September 20, 2001, EL ZAROUI married Wife-1.

(Title 18, United States Code, Section 371.)

## COUNT TWO

(Conspiracy To Commit Immigration Fraud)

The Grand Jury further charges:

4.      Between in or about September 2001 and in or about November 2001, in the Southern District of New York and elsewhere, MOHAMAD KHALIL EL ZAROUI, a/k/a "Mohamad K. Elzaroui," a/k/a "Mike," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate and agree together and with each other to violate the laws of the United States, to wit, Title 18, United States Code, Section 1015(a).

5.      It was a part and an object of the conspiracy that MOHAMAD KHALIL EL ZAROUI, a/k/a "Mohamad K. Elzaroui," a/k/a "Mike," the defendant, and others known and

-2-

unknown, unlawfully, willfully, and knowingly would and did make false statements under oath, in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, in violation of Title 18, United States Code, Section 1015(a).

### Overt Acts

6.    In furtherance of this conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    In or about late September 2001, MOHAMAD KHALIL EL ZAROUI, a/k/a "Mohamad K. Elzaroui," a/k/a "Mike," the defendant, and Wife-1 visited an attorney's office in Manhattan.

b.    In or about late September 2001, Wife-1 signed a Form I-130 (Petition for Alien Relative) in Manhattan that falsely stated that she and EL ZAROUI were living together at 3424 Gates Place, Apartment #4A, Bronx, New York.

c.    In or about November 2001, EL ZAROUI caused the Form I-130 described above in ¶ 6(b) to be submitted to immigration officials in Manhattan.

d.    In or about November 2001, EL ZAROUI caused to be submitted a Form I-485 (Application to Register Permanent Resident or Adjust Status) to immigration officials in Manhattan.

(Title 18, United States Code, Section 371.)

## COUNT THREE

(Immigration Fraud)

The Grand Jury further charges:

7.      From in or about February 2003, up to and including in or about June 2003, in the Southern District of New York and elsewhere, MOHAMAD KHALIL EL ZAROUI, a/k/a "Mohamad K. Elzaroui," a/k/a "Mike," the defendant, unlawfully, willfully, and knowingly made false statements under oath, in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, to wit, EL ZAROUI signed and caused to be submitted to immigration officials in Manhattan a Form I-765 (Application for Employment Authorization) in which he falsely stated, among other things, that he was married when, in fact, he and Wife-1 had divorced in or about October 2002.

(Title 18, United States Code, Sections 1015(a) & 2.)


_Billy Bradley_
FOREPERSON

_Michael Garcia_
MICHAEL J. GARCIA
United States Attorney

-4-

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### MOHAMAD KHALIL EL ZAROUI,
### a/k/a "Mohamad K. Elzaroui,"
### a/k/a "Mike,"

Defendant.

### INDICTMENT

S1 05 Cr. 751 (DC)

(18 U.S.C. §§ 2, 371 & 1015.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_Foreperson._